LOMBARDY ET AL. *v.* PETER KIEWIT SONS' CO. ET AL.

No. 1168.  Decided April 28, 1969.

*Hyman Goldman* for appellants.

*Henry F. Walker* for Peter Kiewit Sons' Co., and *Jack M. Miller* and *Robert L. Meyer* for the State of California, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.